IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 18-16401 |
|---|---|---|
| Maurice I Williams and | ) | |
| Brittney D Crittle-Williams | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge: David D. Cleary |

## NOTICE OF WITHDRAWAL

TO:  See attached service list

PLEASE TAKE NOTICE that the **Obtain Credit/Incur Debt** that was filed on September 1, 2020 before the Honorable Judge David D. Cleary is hereby withdrawn.

By:  /s/ *David H. Cutler*
David H. Cutler

## CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on September 10, 2020 before the hour of 6:30 p.m.

By:  /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St. Skokie, IL 60076
Phone: (847) 673-8600