UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-16401 |
| Maurice I Williams ) | | |
| Brittney D Crittle-Williams ) | Chapter: | 13 |
| ) | Honorable David D. Cleary | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

### ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtors' current Chapter 13 Plan is modified post-confirmation to:

a) Defer the current trustee default to the end of the Plan;

b) Increase Debtors' Plan payment to $2,120 beginning September 2021 until the end of the plan;

c) Increase the minimum dividend to 20% to general unsecured creditors;

d) The new Plan base amount is $87,680; and

e) The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 23, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600