UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-16401 |
| Maurice I Williams | ) | (Jointly Administered) |
| Brittney D Crittle-Williams | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING THE PLAN POST CONFIRMATION**

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtors' current Chapter 13 Plan is modified post-confirmation by increasing the plan payment to $3,183 a month beginning October 2022 until the end of the plan and to defer the current trustee default to the end of the Plan;

2. The Plan base shall remain the same; and

3. The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: September 12, 2022

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtors:
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600